# United States Court of Appeals
## For the First Circuit

No. 05-1698

UNITED STATES,

Appellee,

v.

OLADIMEJI O. ALLI,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on April 7, 2006 is amended as follows:

On page 9, replace "increased Alli's offense level by two points after determining that his offense" with "imposed a two-level upward adjustment to Alli's offense level after determining that his crime"